Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−12708−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James S. Kneisel<br>753 Garden St<br>Rahway, NJ 07065 | Janet M. Kneisel<br>753 Garden St<br>Rahway, NJ 07065 |

Social Security No.:
  xxx−xx−1959　　　　　　　　　　　　　　　　xxx−xx−4306

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 28, 2025.

Dated: August 28, 2025
JAN: rah

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James S. Kneisel  
Janet M. Kneisel  
    Debtors

Case No. 25-12708-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 29, 2025      Form ID: plncf13      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James S. Kneisel, Janet M. Kneisel, 753 Garden St, Rahway, NJ 07065-1810 |
| 520587620 | + | Linton Fcu, 61 E Park Dr, Tonawanda, NY 14150-7844 |
| 520587622 | | McCalla Raymer Leibert Pierce, LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |
| 520587626 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520587607 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 29 2025 21:10:25 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520587610 | + | Email/Text: bk@avant.com | Aug 29 2025 21:05:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520587611 | | Email/Text: bankruptcy@collegeave.com | Aug 29 2025 21:01:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington, DE 19801 |
| 520587614 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2025 21:21:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520629596 | | Email/Text: mrdiscen@discover.com | Aug 29 2025 21:02:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520587616 | + | Email/Text: mrdiscen@discover.com | Aug 29 2025 21:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520587617 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 29 2025 21:05:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520587619 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2025 21:03:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 520644191 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2025 21:05:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520662035 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2025 21:09:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520636616 | | Email/Text: camanagement@mtb.com | Aug 29 2025 21:04:00 | M & T Bank, Bankruptcy Department, P.O. Box |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: plncf13 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | 840, Buffalo NY 14240-0810 |
| 520587621 | | Email/Text: camanagement@mtb.com | Aug 29 2025 21:04:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264 |
| 520587623 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 29 2025 21:02:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520587624 | + | Email/PDF: cbp@omf.com | Aug 29 2025 21:09:46 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520623084 | + | Email/PDF: cbp@omf.com | Aug 29 2025 21:08:38 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520657456 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2025 21:02:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520587625 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2025 21:02:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520657161 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2025 21:04:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520621722 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2025 21:04:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520587627 | ^ | MEBN | Aug 29 2025 20:51:14 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024-4109 |
| 520587628 | | Email/Text: bankruptcies@uplift.com | Aug 29 2025 21:02:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520587608 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520587609 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520587612 | *P++ | COLLEGE AVE STUDENT LOANS, 233 N KING STREET, SUITE 400, WILMINGTON DE 19801-2545, address filed with court:, College Ave Student Loans, Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington, DE 19801 |
| 520587613 | *P++ | COLLEGE AVE STUDENT LOANS, 233 N KING STREET, SUITE 400, WILMINGTON DE 19801-2545, address filed with court:, College Ave Student Loans, Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington, DE 19801 |
| 520587615 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520587618 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520668589 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Micklin | on behalf of Debtor James S. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net |
| Andrew Micklin | on behalf of Joint Debtor Janet M. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net |
| Cameron Deane | on behalf of Creditor OneMain Financial Group LLC cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John A. Underwood | on behalf of Debtor James S. Kneisel johnunderwood@comcast.net Ardith@southjerseylawyers.com |
| John A. Underwood | on behalf of Joint Debtor Janet M. Kneisel johnunderwood@comcast.net Ardith@southjerseylawyers.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8