|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MATTHEW J. PLATKIN<br>ATTORNEY GENERAL OF NEW JERSEY<br>Timothy M. Kawira (242822019)<br>Deputy Attorney General<br>25 Market Street, P.O. Box 106<br>Trenton, NJ 08625-0119<br>609-900-3059 | |
| In Re:<br><br>James S. Kneisel,<br><br>    Debtor. | Case No.: 25-12708-SLM<br><br>Chapter 13<br><br>Judge: Stacey L. Meisel, U.S.B.J. |

## NEW JERSEY DIVISION OF TAXATION'S APPLICATION FOR SUBMISISION OF CONSENT ORDER

I, Timothy M. Kawira, Deputy Attorney General, certifies as follows:

1. I am filing an Application for a proposed Consent Order that is not related to a pending matter to be signed by this Court.

2. In this case, the State of New Jersey, Division of Taxation ("Taxation") filed a claim against Debtor (Claims Register Number 13-1) on September 23, 2025, that includes Priority debt in the amount of $735.22, for unpaid Gross Income Tax - Individual for 2022.

3. To resolve this matter, Debtor and Taxation entered into a Consent Order agreeing that the outstanding priority debt of $735.22 be allowed in its entirety as a priority claim and to be paid in full through the Debtor's Plan.

4. Based on the foregoing, Taxation respectfully requests that the Consent Order be signed by this Court.

5. I certify that the foregoing is true.

                                                                /s/ Timothy M. Kawira
                                                                Timothy M. Kawira
                                                                (242822019)
                                                                Deputy Attorney General

Date: September 25, 2025