| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>R.J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for State of New Jersey,<br>Division of Taxation | Order Filed on September 26, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James S. Kneisel,<br><br>    Debtor. | Case No. 25-12708-SLM<br><br>Chapter 13<br><br>Hearing Date:<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

DATED: September 26, 2025

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: James S. Kneisel
Case No.: 25-12708-SLM
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor James S. Kneisel ("Debtor"), by and through Debtor's counsel, Underwood & Micklin, LLC (John A. Underwood, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 13-1) filed on September 23, 2025, is hereby allowed in its entirety in the amount of $735.22. Debtor's Plan is hereby amended to provide for full payment of this priority claim.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| | |
|---|---|
| Underwood & Micklin, LLC<br>Attorneys for Debtor<br><br>_/s/ John A. Underwood_<br>John A. Underwood, Esq. | MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>By: _/s/ Timothy M. Kawira, DAG 9/25/2025_<br>Timothy M. Kawira<br>Deputy Attorney General |