|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>R.J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for State of New Jersey,<br> Division of Taxation | Order Filed on September 26, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James S. Kneisel,<br><br>    Debtor. | Case No. 25-12708-SLM<br><br>Chapter 13<br><br>Hearing Date:<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

DATED: September 26, 2025

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: James S. Kneisel
Case No.: 25-12708-SLM
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor James S. Kneisel ("Debtor"), by and through Debtor's counsel, Underwood & Micklin, LLC (John A. Underwood, Esq., appearing) and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Timothy M. Kawira, Deputy Attorney General, appearing), regarding Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 13-1) filed on September 23, 2025, is hereby allowed in its entirety in the amount of $735.22. Debtor's Plan is hereby amended to provide for full payment of this priority claim.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

Underwood & Micklin, LLC
Attorneys for Debtor

John A. Underwood, Esq.

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/ Timothy M. Kawira, DAG 9/25/2025
Timothy M. Kawira
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-12708-SLM
James S. Kneisel  Chapter 13
Janet M. Kneisel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 26, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + James S. Kneisel, Janet M. Kneisel, 753 Garden St, Rahway, NJ 07065-1810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew Micklin
     on behalf of Debtor James S. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net

Andrew Micklin
     on behalf of Joint Debtor Janet M. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net

Cameron Deane
     on behalf of Creditor OneMain Financial Group LLC cdeane@weltman.com

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John A. Underwood
     on behalf of Debtor James S. Kneisel johnunderwood@comcast.net Ardith@southjerseylawyers.com

John A. Underwood

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Joint Debtor Janet M. Kneisel johnunderwood@comcast.net  Ardith@southjerseylawyers.com

Marie-Ann Greenberg

magecf@magtrustee.com

Timothy Maganga Kawira

on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9