JOHN A. UNDERWOOD
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ 08034

Re: JAMES S. KNEISEL  
JANET M. KNEISEL  
753 GARDEN ST  
RAHWAY, NJ 07065

Atty: JOHN A. UNDERWOOD  
UNDERWOOD & MICKLIN  
1236 BRACE RD STE J  
CHERRY HILL, NJ 08034

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
Chapter 13 Case # 25-12708

### RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/29/2025 | $1,903.00 | | 05/30/2025 | $1,903.00 | |
| 06/30/2025 | $1,903.00 | | 07/29/2025 | $1,903.00 | |
| 08/29/2025 | $1,903.00 | | 09/29/2025 | $1,903.00 | |
| 10/29/2025 | $1,903.00 | | 12/08/2025 | $1,903.00 | |
| 01/07/2026 | $1,903.00 | | | | |

**Total Receipts: $17,127.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $17,127.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 09/16/2025 | $6,617.22 | 949,935 | 10/20/2025 | $1,807.85 | 951,361 |
| | 11/17/2025 | $1,788.82 | 952,838 | 12/15/2025 | $1,788.82 | 954,238 |
| | 01/12/2026 | $1,788.82 | 955,678 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 932.47 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,403.00 | 100.00% | 2,403.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 342.89 | 100.00% | 0.00 | 342.89 |
| 0003 | UAS/COLLEGE AVE STUDENT LOANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | RESURGENT CAPITAL SERVICES | UNSECURED | 944.22 | 100.00% | 0.00 | 944.22 |
| 0005 | DISCOVER BANK | UNSECURED | 6,681.69 | 100.00% | 0.00 | 6,681.69 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 654.81 | 100.00% | 0.00 | 654.81 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 10,977.22 | 100.00% | 0.00 | 10,977.22 |
| 0008 | LINTON FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | M&T BANK | (NEW) Prepetition A | 65,750.02 | 100.00% | 13,791.53 | 51,958.49 |

**Chapter 13 Case # 25-12708**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 2,874.29 | 100.00% | 0.00 | 2,874.29 |
| 0012 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PNC BANK, NATIONAL ASSOCIATION | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SUNBIT FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | UPLFT/CB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | RESURGENT CAPITAL SERVICES | UNSECURED | 287.37 | 100.00% | 0.00 | 287.37 |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 36.65 | 100.00% | 0.00 | 36.65 |
| 0026 | UNITED STATES TREASURY/IRS | UNSECURED | 484.99 | 100.00% | 0.00 | 484.99 |
| 0027 | ONEMAIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | STATE OF NEW JERSEY | PRIORITY | 735.22 | 100.00% | 0.00 | 735.22 |

**Total Paid:  $17,127.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $17,127.00    -    Paid to Claims: $13,791.53    -    Admin Costs Paid: $3,335.47    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.