UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Eric Kishbaugh, Esq., Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
PNC Bank, National Association

In Re:
  Janet M. Kneisel & James S. Kneisel

**Order Filed on July 31, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:   25-12708 SLM

Hearing Date: July 22, 2026

Judge:  Stacey L. Meisel

Chapter: 13

| Recommend Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>PNC Bank, National Association</u>, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real Property More Fully Described as:

**Land and premises commonly known as 753 Garden St, Rahway City NJ 07065**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐    Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-12708-SLM

James S. Kneisel                                                                Chapter 13

Janet M. Kneisel

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 2

Date Rcvd: Jul 31, 2026                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID**       **Recipient Name and Address**
db/jdb       + James S. Kneisel, Janet M. Kneisel, 753 Garden St, Rahway, NJ 07065-1810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

**Name**       **Email Address**

Andrew Micklin

      on behalf of Joint Debtor Janet M. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net

Andrew Micklin

      on behalf of Debtor James S. Kneisel Andrew@southjerseylawyers.com ardithreeve@comcast.net

Cameron Deane

      on behalf of Creditor OneMain Financial Group  LLC cdeane@weltman.com

J. Eric Kishbaugh

      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jkishbaugh@udren.com

John A. Underwood

      on behalf of Joint Debtor Janet M. Kneisel johnunderwood@comcast.net Ardith@southjerseylawyers.com

John A. Underwood

      on behalf of Debtor James S. Kneisel johnunderwood@comcast.net Ardith@southjerseylawyers.com

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Jul 31, 2026

Form ID: pdf903

Total Noticed: 1

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Timothy Maganga Kawira

on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10